UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> *Bridgette Bradford*, <br> Defendant. | Case No.: ED12-103-M <br><br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of *Puerto Rico* for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: nature of allegations, evidence presented (audiotapes, investigative reports, sworn declarations of $ transactions), insufficient bail resources, mental health history, extensive criminal history.

1

1 | and/or
2 | B. [X] The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18 U.S.C. §
5 | 3142(b) or (c). This finding is based on the following:
6 | Same
7 |
8 |
9 |
10 |
11 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 | revocation proceedings.
13 |
14 | Dated: 3/23/12
15 | HONORABLE OSWALD PARADA
   | United States Magistrate Judge